RUFUS M. CHOATE, Respondent, *v.* THE CITY OF BUFFALO, Appellant.

Reported below, 39 App. Div. 379.
(Submitted October 2, 1899; decided October 10, 1899.)

MOTION to place on present calendar an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 3, 1899, reversing a judgment in favor of defendant entered upon a decision of the court dismissing the complaint on trial at Special Term, and granting a new trial.

The motion was made upon the ground that the speedy hearing of the appeal is of public importance.

*William H. Cuddeback* for motion.

*Lockwood & Lockwood* opposed.

Motion denied, with ten dollars costs.

---

EDWARD KEYES, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

Reported below, 40 App. Div. 409.
(Argued October 2, 1899; decided October 10, 1899.)

MOTION to place on present calendar an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 23, 1899, affirming a judgment in favor of defendant entered upon a decision of the court at a Trial Term, a jury having been waived.

The motion was made upon the ground that the speedy hearing and decision of the appeal is of public importance and will avoid a multiplicity of actions.

*James M. Hunt* for motion.

*John Whalen, Corporation Counsel,* opposed.

Motion denied, with ten dollars costs.